NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**GALE FLETCHER ANDERSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————————

2013-3051

———————————————

Petition for review of the Merit Systems Protection Board in No. DC844E120086-I-1.

———————————————

**ON MOTION**

———————————————

## O R D E R

Gale Anderson moves for a six-month extension of time to obtain counsel. This court notes that Anderson was previously granted 120 days to obtain counsel or file the opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted to the extent that Gale Anderson has 60 days from the date of this order to file her opening brief (form enclosed). No further extensions should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21